# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

MARIO K KASALO
    v.
WEITMAN, WEINBERG, + REIS, LLP, AND CAPITAL ONE BANK

**08CV2912**
**JUDGE COAR**
**MAGISTRATE JUDGE KEYS**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

PLAINTIFF, MARIO K KASALO

MAY 20 2008
**FILED**
MAY 20 2008 TC
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| Field | Value |
|---|---|
| NAME (Type or print) | NICK ALBUKERK |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | s/ |
| FIRM | ALBUKERK + ASSOCIATES |
| STREET ADDRESS | 3025 W 26th ST, FL 2 |
| CITY/STATE/ZIP | CHICAGO, IL 60623 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | |
| TELEPHONE NUMBER | 773 847 2600 |

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?  YES ☒  NO ☐

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?  YES ☒  NO ☐

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?  YES ☐  NO ☒

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?  YES ☒  NO ☐

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐