FILED
JUL 1 8 2008 RC
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Plaintiff(s)

MARIO K KASALO

v. WSURMAN WEINBERG + REIS, LLP
AND CAPITAL ONE BANK

Defendant(s)

Case No. 08C 2912

ORDER

BY AGREEMENT OF ALL PARTIES, THIS MATTER IS DISMISSED WITH PREJUDICE.

By: _MARIO KASALO_

ALBUKERK + ASSOCIATES
3025 W 26th ST., FL 2
CHICAGO IL 60623
tele 773 847 2600
ARDC # 6292190