# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | David H. Coar | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2912 | **DATE** | 7/28/2008 |
| **CASE TITLE** | Kasalo vs. Weltman, et al | | |

**DOCKET ENTRY TEXT**

Document # 6 is treated as a Rule 41(a) notice of dismissal. By agreement of the parties, this action is dismissed with prejudice. Civil case terminated.
/s/David H. Coar
David H. Coar, U.S. District Judge

Docketing to mail notices.

| | Courtroom Deputy Initials: | PAMF |
|---|---|---|